UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-61228-CIV-COHN/WHITE

ANTHONY GARLAND,

       Plaintiff,

v.

ARMOR HEALTH SERVICES, et al.,

       Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report Re Dismissal of Successive Complaint [DE 11], submitted by United States Magistrate Judge Patrick A. White, regarding Plaintiff's civil rights complaint filed under 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Complaint [DE 1], Judge White's Report and Recommendation, and Plaintiff's Objections [DE 12], and is otherwise fully advised in the premises.

      Plaintiff is a serial filer as he has filed at least twelve civil rights complaints in the Southern District of Florida.  Pursuant to § 1915(g), a prisoner who has had three prior actions dismissed for frivolity, malice or failure to state a claim is not allowed to proceed *in forma pauperis* unless he is in imminent danger of serious physical injury.  See Medberry v. Butler, 185 F.3d 1189 (11th Cir. 1999).  Plaintiff has far exceeded the "three strikes" afforded to him under 28 U.S.C. § 1915(g).  Therefore, Plaintiff may not file any further complaints in the Southern District of Florida without paying the $350.00 filing fee.

Plaintiff's Objections state that he is in "imminent danger of serious physical injury." See, e.g., DE 12 at 2.  However, Plaintiff's claims that he faces "imminent danger" have been rejected previously by this Court, see Docket Entry 9, Case No. 08-61323-Civ-Cohn/White, and others in the Southern District of Florida.  See, e.g., Docket Entry 6, Case No. 09-60642-Civ-Gold/White; Docket Entry 11, Case No. 09-60007-Civ-Jordan/White.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report Re Dismissal of Successive Complaint [DE 11] of United States Magistrate Judge Patrick A. White is **ADOPTED**.
2. Plaintiff's Complaint [DE 1] is **DISMISSED without prejudice**.
3. Plaintiff's Motion to Proceed In Forma Pauperis [DE 9] is **DENIED**.
4. All other pending motions are **DENIED as moot**.  The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 29TH day of September, 2009.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Anthony Demetrius Garland
DC #L42997
Florida State Prison
7819 N.W. 228th Street
Raiford, FL 32026-1150